■ The People of the State of New York, Respondent, v. John Bartolillo, Appellant.— Appeal (1) from a judgment of the County Court, Kings County, rendered May 6, 1957, sentencing appellant, after he had been found guilty by a jury of grand larceny in the first degree, to serve from 6 to 10 years as a second felony offender, and (2) from each and every intermediate order therein made. Judgment unanimously affirmed. No opinion. No separate appeal lies from the intermediate orders, which have been reviewed on the appeal from the judgment of conviction. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■ The People of the State of New York, Respondent, v. John Bartolillo, Appellant.— Appeal from an order of the County Court, Kings County, entered February 20, 1959 denying, after a hearing, appellant's application in the nature of a writ of error *coram nobis* to vacate a judgment of said court rendered May 6, 1957, convicting appellant of grand larceny in the

first degree as a second felony offender. The application was made on the ground that one assigned attorney had been improperly succeeded by another assigned attorney who had not been afforded adequate opportunity to prepare the case for trial. Order unanimously affirmed. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.